

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00100-CV

_____

ADELINA E. GOVEA A/K/A ADELINA ESTRADA, Appellant

V.

RANDY PERALES AND LUCINDA PERALES, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-317998-20

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On March 24, 2022, and April 5, 2022, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so. *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[1] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 28, 2022

---

[1]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).